**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-2619**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | WELLSRIRING Store | 2 | WHTSAP008615605004650 Store |
| 3 | World T-shirt Store | 4 | WTUVIVE physical education Store |
| 5 | YIdemusha Store | 6 | YiZu Fashion Store |
| 7 | YNDM Store | 8 | YOU SPORTY Store |
| 9 | Youngsneakers Store | 10 | yuan bo 2007 Store |
| 11 | YuanJiangLeTao LeTao Store | 12 | Yueyang Chuzhong Trading Co., Ltd. Store |
| 13 | YZ Store | 14 | ZPCAILT Official Store |
| 15 | ZRICKIE POP Phone Accessories Store | 16 | 3DLampDesigner Store |
| 17 | AK47 Store | 18 | at the stone Store |
| 19 | CHINA Toy Factory Store | 20 | Daifen Boutique Store |
| 21 | GL keychain Store | 22 | Houkiper Terry Store |
| 23 | Jhonping Art print Poster Store | 24 | JIMU's Store |
| 25 | JuliaRoberts Store | 26 | JUNDL Store |
| 27 | Kog Maw Store | 28 | Likun Business Store |
| 29 | LuminousClothing Store | 30 | Newborn photography props Store |
| 31 | Personality Store | 32 | rainbow ribbon |
| 33 | ROUYHUAL 2 Store | 34 | Shoe tribe Store |
| 35 | Shop1202408 Store | 36 | Shop2292094 Store |
| 37 | Shop2422017 Store | 38 | Shop2906241 Store |
| 39 | Shop3001062 Store | 40 | Shop3086026 Store |
| 41 | Shop327599 Store | 42 | Shop3523033 Store |
| 43 | Shop3682061 Store | 44 | Shop4390026 Store |
| 45 | Shop4410006 Store | 46 | Shop4421012 Store |
| 47 | Shop4504086 Store | 48 | Shop4511011 Store |
| 49 | Shop4650088 Store | 50 | Shop4658034 Store |
| 51 | Shop4689126 Store | 52 | Shop4823006 Store |
| 53 | Shop4838023 Store | 54 | Shop4868033 Store |
| 55 | Shop4871201 Store | 56 | Shop4884216 Store |
| 57 | Shop4917091 Store | 58 | Shop4926026 Store |
| 59 | Shop4933029 Store | 60 | Shop5021206 Store |
| 61 | Shop5035150 Store | 62 | Shop5039379 Store |
| 63 | Shop5040023 Store | 64 | Shop5041254 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | Shop5043089 Store | 66 | Shop5045049 Store |
| 67 | Shop5046027 Store | 68 | Shop5058230 Store |
| 69 | Shop5071234 Store | 70 | Shop5073176 Store |
| 71 | Shop5076183 Store | 72 | Shop5083050 Store |
| 73 | Shop5084062 Store | 74 | Shop5087118 Store |
| 75 | Shop5092031 Store | 76 | Shop5097054 Store |
| 77 | Shop5112006 Store | 78 | Shop5115033 Store |
| 79 | Shop5116020 Store | 80 | Shop5116091 Store |
| 81 | Shop5117029 Store | 82 | Shop5159044 Store |
| 83 | Shop5165018 Store | 84 | Shop5196041 Store |
| 85 | Shop5222015 Store | 86 | Shop5244202 Store |
| 87 | Shop5246109 Store | 88 | Shop5249051 Store |
| 89 | Shop5250223 Store | 90 | Shop5254143 Store |
| 91 | Shop5257118 Store | 92 | Shop5273004 Store |
| 93 | Shop5324006 Store | 94 | Shop5348001 Store |
| 95 | Shop5365126 Store | 96 | Shop5369252 Store |
| 97 | Shop5371194 Store | 98 | Shop5374285 Store |
| 99 | Shop5381003 Store | 100 | Shop5383177 Store |
| 101 | Shop5384190 Store | 102 | Shop5384193 Store |
| 103 | Shop5406022 Store | 104 | Shop5416006 Store |
| 105 | Shop5419033 Store | 106 | Shop5419144 Store |
| 107 | Shop5420208 Store | 108 | Shop5421072 Store |
| 109 | Shop5423033 Store | 110 | Shop5427014 Store |
| 111 | Shop5428155 Store | 112 | Shop5431189 Store |
| 113 | Shop5432032 Store | 114 | Shop5434032 Store |
| 115 | Shop5434185 Store | 116 | Shop5435120 Store |
| 117 | Shop5437211 Store | 118 | Shop5437212 Store |
| 119 | Shop5438033 Store | 120 | Shop5438255 Store |
| 121 | Shop5440176 Store | 122 | Shop5442169 Store |
| 123 | Shop5476062 Store | 124 | Shop5478052 Store |
| 125 | Shop5478207 Store | 126 | Shop5479089 Store |
| 127 | Shop5482009 Store | 128 | Shop5482208 Store |
| 129 | Shop5484080 Store | 130 | Shop5484090 Store |
| 131 | Shop5490147 Store | 132 | Shop5491012 Store |
| 133 | Shop5492143 Store | 134 | Shop5495040 Store |
| 135 | Shop5497120 Store | 136 | Shop5498067 Store |
| 137 | Shop5504067 Store | 138 | Shop5505097 Store |
| 139 | Shop5514072 Store | 140 | Shop5518096 Store |
| 141 | Shop5518109 Store | 142 | Shop5568044 Store |
| 143 | Shop5568070 Store | 144 | Shop5572063 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 145 | Shop5579053 Store | 146 | Shop5586111 Store |
| 147 | Shop5587287 Store | 148 | Shop5589239 Store |
| 149 | Shop5590096 Store | 150 | Shop5591216 Store |
| 151 | Shop5592199 Store | 152 | Shop5594032 Store |
| 153 | Shop5595085 Store | 154 | Shop5597011 Store |
| 155 | Shop5598304 Store | 156 | Shop5603025 Store |
| 157 | Shop5603109 Store | 158 | Shop5605189 Store |
| 159 | Shop5605470 Store | 160 | Shop5606074 Store |
| 161 | Shop5606377 Store | 162 | Shop5607221 Store |
| 163 | Shop5617055 Store | 164 | Shop5619042 Store |
| 165 | Shop5622068 Store | 166 | Shop5626057 Store |
| 167 | Shop5631027 Store | 168 | Shop5631037 Store |
| 169 | Shop5633106 Store | 170 | Shop5635103 Store |
| 171 | Skywo Store | 172 | Sneakers Aliexpres Store |
| 173 | songshu Store | 174 | Stars Sneakers Factory Store |
| 175 | Stronger Stronger Stronger Store | 176 | Supernike Store |
| 177 | Tea card rabbit Store | 178 | TeeLee Store |
| 179 | The home of Mrs china Store | 180 | The peck Store |
| 181 | Thestron China Specialty Store | 182 | Thinking Store |
| 183 | TIHE World Store | 184 | TNT03 Store |
| 185 | Town scenery Store | 186 | Trading Iron Patch Store |
| 187 | TrueNice Shoe Store | 188 | TRY JADE feshionsport Store |
| 189 | TRY JADE trend shoe Store | 190 | t-shir19 Store |
| 191 | t-shirt21 Store | 192 | Unique Step Store |
| 193 | UNIY ITOS Store | 194 | UsaTeamFans Store |
| 195 | Viniatoo Official Store | 196 | VINTOHOXN Official Store |
| 197 | VOFEIYA Store | 198 | WannaU Factory Shoe Store |
| 199 | WDX-49 Store | 200 | WINDRIDER Store |
| 201 | Women's franchise Store | 202 | WRJSXQ Store |
| 203 | XiliGe Store | 204 | Yamazaki Art Poster Store |
| 205 | YangXinYangYi Store | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/4697043 | 2 | aliexpress.com/store/5574184 |
| 3 | aliexpress.com/store/5382204 | 4 | aliexpress.com/store/1727628 |
| 5 | aliexpress.com/store/4480037 | 6 | aliexpress.com/store/1946243 |
| 7 | aliexpress.com/store/5365319 | 8 | aliexpress.com/store/2660007 |
| 9 | aliexpress.com/store/3044042 | 10 | aliexpress.com/store/5073289 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 11 | aliexpress.com/store/5378042 | 12 | aliexpress.com/store/5189032 |
| 13 | aliexpress.com/store/5423113 | 14 | aliexpress.com/store/4873042 |
| 15 | aliexpress.com/store/4432200 | 16 | aliexpress.com/store/5442035 |
| 17 | aliexpress.com/store/5605050 | 18 | aliexpress.com/store/4322005 |
| 19 | aliexpress.com/store/4994091 | 20 | aliexpress.com/store/3865017 |
| 21 | aliexpress.com/store/5063307 | 22 | aliexpress.com/store/4650157 |
| 23 | aliexpress.com/store/2897022 | 24 | aliexpress.com/store/5380036 |
| 25 | aliexpress.com/store/5115146 | 26 | aliexpress.com/store/4298022 |
| 27 | aliexpress.com/store/5235010 | 28 | aliexpress.com/store/5248175 |
| 29 | aliexpress.com/store/5382286 | 30 | aliexpress.com/store/2227049 |
| 31 | aliexpress.com/store/5602123 | 32 | aliexpress.com/store/1914055 |
| 33 | aliexpress.com/store/5054089 | 34 | aliexpress.com/store/4496016 |
| 35 | aliexpress.com/store/1202408 | 36 | aliexpress.com/store/2292094 |
| 37 | aliexpress.com/store/2422017 | 38 | aliexpress.com/store/2906241 |
| 39 | aliexpress.com/store/3001062 | 40 | aliexpress.com/store/3086026 |
| 41 | aliexpress.com/store/327599 | 42 | aliexpress.com/store/3523033 |
| 43 | aliexpress.com/store/3682061 | 44 | aliexpress.com/store/4390026 |
| 45 | aliexpress.com/store/4410006 | 46 | aliexpress.com/store/4421012 |
| 47 | aliexpress.com/store/4504086 | 48 | aliexpress.com/store/4511011 |
| 49 | aliexpress.com/store/4650088 | 50 | aliexpress.com/store/4658034 |
| 51 | aliexpress.com/store/4689126 | 52 | aliexpress.com/store/4823006 |
| 53 | aliexpress.com/store/4838023 | 54 | aliexpress.com/store/4868033 |
| 55 | aliexpress.com/store/4871201 | 56 | aliexpress.com/store/4884216 |
| 57 | aliexpress.com/store/4917091 | 58 | aliexpress.com/store/4926026 |
| 59 | aliexpress.com/store/4933029 | 60 | aliexpress.com/store/5021206 |
| 61 | aliexpress.com/store/5035150 | 62 | aliexpress.com/store/5039379 |
| 63 | aliexpress.com/store/5040023 | 64 | aliexpress.com/store/5041254 |
| 65 | aliexpress.com/store/5043089 | 66 | aliexpress.com/store/5045049 |
| 67 | aliexpress.com/store/5046027 | 68 | aliexpress.com/store/5058230 |
| 69 | aliexpress.com/store/5071234 | 70 | aliexpress.com/store/5073176 |
| 71 | aliexpress.com/store/5076183 | 72 | aliexpress.com/store/5083050 |
| 73 | aliexpress.com/store/5084062 | 74 | aliexpress.com/store/5087118 |
| 75 | aliexpress.com/store/5092031 | 76 | aliexpress.com/store/5097054 |
| 77 | aliexpress.com/store/5112006 | 78 | aliexpress.com/store/5115033 |
| 79 | aliexpress.com/store/5116020 | 80 | aliexpress.com/store/5116091 |
| 81 | aliexpress.com/store/5117029 | 82 | aliexpress.com/store/5159044 |
| 83 | aliexpress.com/store/5165018 | 84 | aliexpress.com/store/5196041 |
| 85 | aliexpress.com/store/5222015 | 86 | aliexpress.com/store/5244202 |
| 87 | aliexpress.com/store/5246109 | 88 | aliexpress.com/store/5249051 |
| 89 | aliexpress.com/store/5250223 | 90 | aliexpress.com/store/5254143 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 91 | aliexpress.com/store/5257118 | 92 | aliexpress.com/store/5273004 |
| 93 | aliexpress.com/store/5324006 | 94 | aliexpress.com/store/5348001 |
| 95 | aliexpress.com/store/5365126 | 96 | aliexpress.com/store/5369252 |
| 97 | aliexpress.com/store/5371194 | 98 | aliexpress.com/store/5374285 |
| 99 | aliexpress.com/store/5381003 | 100 | aliexpress.com/store/5383177 |
| 101 | aliexpress.com/store/5384190 | 102 | aliexpress.com/store/5384193 |
| 103 | aliexpress.com/store/5406022 | 104 | aliexpress.com/store/5416006 |
| 105 | aliexpress.com/store/5419033 | 106 | aliexpress.com/store/5419144 |
| 107 | aliexpress.com/store/5420208 | 108 | aliexpress.com/store/5421072 |
| 109 | aliexpress.com/store/5423033 | 110 | aliexpress.com/store/5427014 |
| 111 | aliexpress.com/store/5428155 | 112 | aliexpress.com/store/5431189 |
| 113 | aliexpress.com/store/5432032 | 114 | aliexpress.com/store/5434032 |
| 115 | aliexpress.com/store/5434185 | 116 | aliexpress.com/store/5435120 |
| 117 | aliexpress.com/store/5437211 | 118 | aliexpress.com/store/5437212 |
| 119 | aliexpress.com/store/5438033 | 120 | aliexpress.com/store/5438255 |
| 121 | aliexpress.com/store/5440176 | 122 | aliexpress.com/store/5442169 |
| 123 | aliexpress.com/store/5476062 | 124 | aliexpress.com/store/5478052 |
| 125 | aliexpress.com/store/5478207 | 126 | aliexpress.com/store/5479089 |
| 127 | aliexpress.com/store/5482009 | 128 | aliexpress.com/store/5482208 |
| 129 | aliexpress.com/store/5484080 | 130 | aliexpress.com/store/5484090 |
| 131 | aliexpress.com/store/5490147 | 132 | aliexpress.com/store/5491012 |
| 133 | aliexpress.com/store/5492143 | 134 | aliexpress.com/store/5495040 |
| 135 | aliexpress.com/store/5497120 | 136 | aliexpress.com/store/5498067 |
| 137 | aliexpress.com/store/5504067 | 138 | aliexpress.com/store/5505097 |
| 139 | aliexpress.com/store/5514072 | 140 | aliexpress.com/store/5518096 |
| 141 | aliexpress.com/store/5518109 | 142 | aliexpress.com/store/5568044 |
| 143 | aliexpress.com/store/5568070 | 144 | aliexpress.com/store/5572063 |
| 145 | aliexpress.com/store/5579053 | 146 | aliexpress.com/store/5586111 |
| 147 | aliexpress.com/store/5587287 | 148 | aliexpress.com/store/5589239 |
| 149 | aliexpress.com/store/5590096 | 150 | aliexpress.com/store/5591216 |
| 151 | aliexpress.com/store/5592199 | 152 | aliexpress.com/store/5594032 |
| 153 | aliexpress.com/store/5595085 | 154 | aliexpress.com/store/5597011 |
| 155 | aliexpress.com/store/5598304 | 156 | .aliexpress.com/store/5603025 |
| 157 | aliexpress.com/store/5603109 | 158 | aliexpress.com/store/5605189 |
| 159 | aliexpress.com/store/5605470 | 160 | aliexpress.com/store/5606074 |
| 161 | aliexpress.com/store/5606377 | 162 | aliexpress.com/store/5607221 |
| 163 | aliexpress.com/store/5617055 | 164 | aliexpress.com/store/5619042 |
| 165 | aliexpress.com/store/5622068 | 166 | aliexpress.com/store/5626057 |
| 167 | aliexpress.com/store/5631027 | 168 | aliexpress.com/store/5631037 |
| 169 | aliexpress.com/store/5633106 | 170 | aliexpress.com/store/5635103 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 171 | aliexpress.com/store/4375005 | 172 | aliexpress.com/store/5260118 |
| 173 | aliexpress.com/store/4424174 | 174 | aliexpress.com/store/5050103 |
| 175 | aliexpress.com/store/5598099 | 176 | aliexpress.com/store/2822032 |
| 177 | aliexpress.com/store/5403065 | 178 | aliexpress.com/store/4591021 |
| 179 | aliexpress.com/store/4709085 | 180 | aliexpress.com/store/5379050 |
| 181 | aliexpress.com/store/4780039 | 182 | aliexpress.com/store/5478102 |
| 183 | aliexpress.com/store/5380340 | 184 | aliexpress.com/store/5587333 |
| 185 | aliexpress.com/store/5114067 | 186 | aliexpress.com/store/4383031 |
| 187 | aliexpress.com/store/5431303 | 188 | aliexpress.com/store/5002058 |
| 189 | aliexpress.com/store/5379013 | 190 | aliexpress.com/store/5581074 |
| 191 | aliexpress.com/store/5576061 | 192 | aliexpress.com/store/4979075 |
| 193 | aliexpress.com/store/5079002 | 194 | aliexpress.com/store/5072257 |
| 195 | aliexpress.com/store/5481156 | 196 | aliexpress.com/store/1044265 |
| 197 | aliexpress.com/store/4999110 | 198 | aliexpress.com/store/5492111 |
| 199 | aliexpress.com/store/5085302 | 200 | aliexpress.com/store/1190123 |
| 201 | aliexpress.com/store/2345226 | 202 | aliexpress.com/store/5090042 |
| 203 | aliexpress.com/store/2678151 | 204 | aliexpress.com/store/4043064 |
| 205 | aliexpress.com/store/5585286 | | |